Opinion issued March 22, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-01011-CV

____________


CHRISTOPHER ROACH AND TERESA ROACH, Appellants


V.


BRIAN KIRSCH, HARRIS COUNTY, TEXAS; LYONDELL CHEMICAL
COMPANY, Appellees






On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 2004-50020






MEMORANDUM OPINION

 Appellants, Christopher Roach and Teresa Roach, have filed a motion to
dismiss their appeal. More than 10 days have elapsed, and no objection has been
filed. No opinion has issued. Accordingly, we grant the motion and dismiss the
appeal. Tex. R. App. P. 42.1(a)(1).

 We overrule all other pending motions in this appeal as moot. We direct the
clerk to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.